**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Keith Veal** | Social Security number or ITIN | **xxx−xx−5190** |
| | First Name Middle Name Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court **Northern District of Illinois**

Case number: **17−07611**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Keith Veal

June 20, 2017

**For the court:** Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 17-07611-JBS
Keith Veal Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: admin Page 1 of 1 Date Rcvd: Jun 20, 2017
Form ID: 318 Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2017.

| | |
|---|---|
| db | +Keith Veal, 2014 Canal Street, Blue Island, IL 60406-3011 |
| 25428991 | +BK WEST, CONSUMER PRODUCT S PO BOX 2078, OMAHA, NE 68103-2078 |
| 25428995 | +CBNA, PO BOX 1990, TEMPE, AZ 85280-1990 |
| 25428997 | +FIRST DATA, 265 BROAD HOLLOW R, MELVILLE, NY 11747-4833 |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| | |
|---|---|
| 25429001 | +EDI: CAPITALONE.COM Jun 21 2017 00:34:00 CAPITAL ONE, P O Box 30253, Salt Lake City, UT 84130-0253 |
| 25429000 | EDI: CAPITALONE.COM Jun 21 2017 00:34:00 CAPITAL ONE BANK USA N, PO BOX 85520, RICHMOND, VA 23285 |
| 25428998 | +EDI: WFNNB.COM Jun 21 2017 00:34:00 CB/VICSCRT, 220 W SCHROCK RD, WESTERVILLE, OH 43081-2873 |
| 25428999 | +EDI: WFNNB.COM Jun 21 2017 00:34:00 COMENITY BANK/VCTRSSEC, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 25428996 | +EDI: CHRYSLER.COM Jun 21 2017 00:33:00 TD AUTO FIN, PO BOX 9223, FARMINGTON, MI 48333-9223 |
| 25428994 | +EDI: CITICORP.COM Jun 21 2017 00:34:00 THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 25428990 | +EDI: USAA.COM Jun 21 2017 00:33:00 USAA FEDERAL SAVINGS B, PO BOX 47504, SAN ANTONIO, TX 78265-7504 |
| 25428992 | +EDI: USAA.COM Jun 21 2017 00:33:00 USAA SAVINGS BANK, PO BOX 47504, SAN ANTONIO, TX 78265-7504 |
| 25428993 | +EDI: USAA.COM Jun 21 2017 00:33:00 USAA SVG BK, 10750 MCDERMOTT, SAN ANTONIO, TX 78288-1600 |
| 25428989 | +EDI: WFFC.COM Jun 21 2017 00:33:00 WELLS FARGO HM MORTGAG, 7495 NEW HORIZON WAY, FREDERICK, MD 21703-8388 |

TOTAL: 10

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2017 at the address(es) listed below:

Chris Pryor on behalf of Debtor 1 Keith Veal cpryor@semradlaw.com, ilnb.courtview@SLFCourtview.com
Joseph A Baldi, Tr jabaldi@baldiberg.com, jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com;jbaldi@iq7technology.com
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov

TOTAL: 3